Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of New York
(State)

Case number (if known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:

☐ Chapter 7
☒ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

JTRE NOMAD 8 W 28TH LLC

**3. Other names you know the debtor has used in the last 8 years**

NOMAD 8 WEST 28TH STREET, LLC

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

___ ___ — ___ ___ ___ ___ ___ ___ ___
EIN

**5. Debtor's address**

Principal place of business

362   Fifth Avenue, 12th Floor

New York    NY    10016
City         State  ZIP Code

NEW YORK
County

Mailing address, if different

Number    Street

P.O. Box

City    State

Location of principal assets, if different from principal place of business

6-8 West 28th Street
Number    Street

New York, New York 10001
City    State    ZIP Code

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor   JTRE NOMAD 8 W 28TH LLC                                       Case number (if known)_____
         Name

6. Debtor's website (URL)   _____

7. Type of debtor
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. Type of debtor's business

   Check one:
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the types of business listed.
   ☒ Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

   ☒ No
   ☐ Yes. Debtor _____  Relationship _____
      District _____ Date filed _____ Case number, if known _____
                              MM / DD / YYYY

      Debtor _____  Relationship _____
      District _____ Date filed _____ Case number, if known _____
                              MM / DD / YYYY

## Part 3: Report About the Case

10. Venue

    Check one:
    ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. Allegations

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    At least one box must be checked:
    ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. Has there been a transfer of any claim against the debtor by or to any petitioner?

    ☒ No
    ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor   JTRE NOMAD 8 W 28TH LLC
         Name

Case number (if known) _____

| 13. Each petitioner's claim | Name of petitioner | | | Nature of petitioner's claim | | | Amount of the claim above the value of any lien |
|---|---|---|---|---|---|---|---|
| | _Abeco | Construction | LLC | Debtor's | failure | to | $ 148,509.86 Plus Interest from |
| | | | | pay | for | construction | $ 1/27/2020 |
| | | | | services | rendered | | $ |
| | | | | | | | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

ABECO CONSTRUCTION LLC
Name

6701 Bay Parkway, 3rd Floor
Number   Street

Brooklyn              NY           11204
City                  State        ZIP Code

Name and mailing address of petitioner's representative, if any

ABE BETESH
Name

_____
Number   Street

_____
City      State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03 / 29 / 2024
            MM / DD / YYYY

X _____ Member
Signature of petitioner or representative, including representative's title

**Attorneys**

Printed name

_BARRY D. HABERMAN, ESQ.

Firm name, if any

254 South Main Street, # 404
Number   Street

New City, New York 10956

City      State      ZIP Code

Contact phone  845-638-4294   Email bdhlaw@aol.com

Bar number   3042561 - New York

X _____
Signature of attorney

Date signed  04 / 04 / 2024
             MM / DD / YYYY

Official Form 205   Involuntary Petition Against a Non-Individual   page 3

Debtor  JTRE NOMAD 8 W 28TH LLC                                    Case number (if known) _____
         Name

**Name and mailing address of petitioner**

Name _____

Number   Street _____

City _____  State _____  ZIP Code _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number   Street _____

City _____  State _____  ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City _____  State _____  ZIP Code _____

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name _____

Number   Street _____

City _____  State _____  ZIP Code _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number   Street _____

City _____  State _____  ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City _____  State _____  ZIP Code _____

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
             MM / DD / YYYY